# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHN D. MALONE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.:  5:20-cv-02055-LCB |
| | ) |
| **ATP HUNTSVILLE, LLC, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties in the above-styled cause, Plaintiff **John Darren Malone** and Defendant **ATP Huntsville, LLC**, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and stipulate that the case is due to be dismissed with prejudice, with costs taxed as paid.

Dated this 5th day of October 2021.

                                                  Respectfully submitted,

                                                  /s/ *Sara Elizabeth DeLisle*
                                                  Sara Elizabeth DeLisle (ASB-8051-s81d)
                                                  Anna C. Saunders (ASB-2747-i00t)
                                                  Attorneys for Defendant

{DOC# 00757188}

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:  (205) 822-2006
Facsimile:   (205) 822-2057
E-mail:       sbdelisle@carrallison.com
                   asaunders@carrallison.com

                                                        /s/   *Clint W. Butler*
                                                        Clint W. Butler (ASB-6168-U83C)
                                                        Attorney for Plaintiff

**OF COUNSEL:**
Clint W. Butler, Esq.
MCKINNEY & BUTLER, LLC
303 Williams Ave. SW, Suite 211
Huntsville, AL 35801
clint@personal-injured.com

{DOC# 00757188}                    2